UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| TIMOTHY L. BOURGEOIS and<br>GWEN A. BOURGEOIS<br>　　Plaintiffs.<br><br>VS.<br><br>NEW CENTURY MORTGAGE<br>CORPORATION; DEUTSCHE<br>BANK NATIONAL TRUST COMPANY,<br>TRUSTEE, ON BEHALF OF THE<br>CERTIFICATE HOLDER OF MORGAN<br>STANLEY ABS CAPITAL I INC. TRUST<br>2004-NC3, MORTGAGE PASS-<br>THROUGH CERTIFICATES,<br>SERIES 2004-NC3; and<br>SELECT PORTFOLIO SERVICING, INC.<br>　　Defendants. | §<br>§<br>§<br>§ C.A. NO. 3:17-cv-00059<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

On May 14, 2018, this case was referred to United States Magistrate Judge Andrew M. Edison. (Dkt. 18). On June 1, 2018, Judge Andrew M. Edison filed a Memorandum and Recommendation (Dkt. 24) recommending that (1) Defendants' Motion for Summary Judgment and Brief in Support (Dkt. 15) be GRANTED and that Plaintiffs' claims be DISMISSED with prejudice.

On June 15, 2018, Plaintiffs filed Objections. In accordance with 28 U.S.C. § 636(b)(1)(c), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may

"accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*.; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings and summary judgment record; and the briefing and arguments of the parties. The Court notes that in their Objections, Plaintiffs point out that the Memorandum and Recommendation first identifies a "2006 assignment" on page 2, but later on page 10 discusses a "2016 assignment." The Court notes this typographical error in the Memorandum and Recommendation and modifies page ten to reflect the "2006 assignment." The Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it, as modified by this order, as the opinion of the Court. It is therefore **ORDERED** that:

(1) Plaintiffs' Objections to Magistrate Judge's Report and Recommendation Dated June 1, 2018 (Dkt. 26) are **OVERRULED**;

(2) Defendants' Motion for Summary Judgment and Brief in Support (Dkt. 15) is **GRANTED**;

This case is **DISMISSED with prejudice.**

SIGNED at Galveston, Texas, this 25th day of June, 2018.

_____
George C. Hanks Jr.
United States District Judge